# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES H. DROGE, AN INDIVIDUAL; AND CYNTHIA DROGE, AN INDIVIDUAL,

Appellants,

vs.

AAAA TWO STAR TOWING, INC., A NEVADA CORPORATION; DONALD SHUPP, AN INDIVIDUAL; ZANE INVESTIGATIONS, INC., A NEVADA CORPORATION; MARK A. ZANE, AN INDIVIDUAL; AND KRISTAL M. ROMANS, A/K/A CRYSTAL ROMANS,

Respondents.

No. 76781

FILED

SEP 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

In response to this court's July 2, 2020, order regarding the status of this appeal, appellants filed a report stating that "[t]he future of the instant appeal will be determined by the court's decision on the petitions for review in Docket No. 75206-COA, and should the court deny the petitions for review, the instant appeal should be deemed moot and dismissed." The petitions for review in Docket No. 75206 were denied on July 27, 2020, and the remittitur issued on that same date. Thus, as stated by appellants in their status report, it appears that this appeal is moot. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-33961

cc: Hon. William D. Kephart, District Judge
Stephen E. Haberfeld, Settlement Judge
Stovall & Associates
Phillips, Spallas & Angstadt, LLC
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Eighth District Court Clerk